*re-introduced*

*OFFICAL EVIDENCE*

**Writ of Praecipe**
**General Post Office:**
Malik El:T J Al
**In care of:** Coventry Road [6368]
Clinton, Maryland state non domestic
united States of America Republic
**without the UNITED STATES/STATE OF MARYLAND**

— and P O Box 1407
Greensboro N.C 27886
ATTN: Malik El:TJ Al

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 15 2014 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 17 2014 ★
BROOKLYN OFFICE

**THE UNITED STATES OF AMERICA CORPORATION,** STATE OF NEW YORK, ANNA M. KROSS CORRECTIONAL FACILITY, BROOKLYN SUPERIOR COURT, COUNTY OF KINGS, COUNTY OF KINGS SHERIFF et al and including but not limited to:

Deborah Stevens-Modica dba DEBORAH STEVENS-MODICA, Rose Agro dba ROSE AGRO, Audrey I. Pheffer dba AUDREY I. PHEFFER, Jonathan Lippman dba JONATHAN LIPPMAN, A. Gail Prudenti dba A. GAIL, PRUDENTI, Maureen D'Aquila dba MAUREEN D'AQUILA, Jonathan Lippman dba JONATHAN LIPPMAN, A. Gail Prudenti dba A. GAIL PRUDENTI, Lawrence K. Marks dba LAWRENCE K. MARKS, Fern A. Fisher dba FERN A. FISHER, Michael V. Coccoma dba MICHAEL V. COCCOMA, Ronald Younkins dba RONALD YOUNKINS, Edgar A Domenech dba EDGAR A DOMENECH all additionally as CEO(s)/Profitor(s)/Beneficiary(ies)/Administrator(s)/ Trustee(s)/State(s) of et al hereafter Respondents

## LAWFUL WRIT OF PRAECIPE TO CLERK OF THE COURT

Now comes Malik El:T J Al, on behalf of El Bey: Noble Stanley (reference **NYSID:** 06456897K), ex relatione: STANLEY ARISTILDE and the STANLEY ARISTILDE ESTATE TRUST, as I herewith order the Clerk of the County of KINGS to sign this Writ of Praecipe (as required) regarding the unlawfully detained El Bey: Noble Stanley and the STANLEY ARISTILDE ESTATE TRUST named above of whom are confined in your custody as verified via your unlawful detainment system. You do not have jurisdiction over the STANLEY ARISTILDE ESTATE TRUST and the physical body of El Bey: Noble Stanley, without the UNITED STATES, not a UNITED STATES/STATE OF NEW YORK citizen, and a Real Party in Interest in this instant matter, appearing specially under "restricted appearance" (Rule E 8 of the Supplemental Rules for Certain Admiralty and Maritime Claims) exercising his right to petition the general government for redress of grievance guaranteed from the days of the Magna Carta and subsequent guarantees of rights including the Constitution for the United States, a remedy provided by the extraordinary writ for habeas corpus, the Great Writ for Liberty, which is within the collective heritage of the people of the **united States of America and England.** Petitioner asserts **in fact** that his liberty has and is now being restrained by Respondents dba legal fictions, operating for profit and gain in a limited liability maritime insurance scheme. El Bey: Noble Stanley has exhausted his administrative remedies in this matter, and there is no plain, speedy or adequate in law remedy available. The actions of by Respondents dba legal fictions, operating for profit and gain in a limited liability maritime insurance scheme, are *ultra vires.*

1.

The history of the Great Writ is encapsulated in the statement that: Every person restrained of his liberty under any pretense whatever, may prosecute a writ of habeas corpus to inquire into the cause of the restraint, and shall be delivered therefrom when found illegal.

2.

The term "liberty" means Freedom, exemption from extraneous control, the power of the will to follow the dictates of its unrestricted choice, and to direct the external acts of the individual without restrain, coercion, or control from other parties. The term "liberty" includes and comprehends all personal rights and their enjoyment.

3.

The Great Writ can be used for judicial review of administrative processes or judicial processes.

4.

The Great Writ can be used as the first action for collateral attack on administrative or judicial processes.

5.

The Great Writ is used to determine the nature and cause of restraint by Respondent.

El Bey:Noble Stanley              Page 1 of 3

[Stanley Aristilde El-Bey in Fact]

* Title 42 sec. 2000aa-11, 2000b-2000b3 and 2000dd-1 et al *
18 USC sec.112, 1001 et al —
28 USC 1331, 1337, 1343(a)(c) Title 42 et al

6.

The Clerk of Court is **noticed** by way of the ancient Writ of Praecipe (Writ of instruction to the Clerk of Court) to take notice of the attached Petition for a Writ for Habeas Corpus, Writ of Habeas Corpus and Notice of Hearing originating from Petitioner.

7.

The Clerk of Court is **noticed** to serve the Writ for Habeas Corpus on the Respondents by whatever means is provided by the practices of the court, **without delay**.

8.

Petitioner **notices** the Clerk of Court that no public official is liable for civil action for obeying a Writ for Habeas Corpus or order of discharge made thereon.

9.

Petitioner **notices** the Clerk of Court of Article 1 sec 9 of the Constitution for the united states of America. [**Habeas corpus.**] The privilege of the writ of *habeas corpus* shall not be suspended, unless, in case of rebellion or invasion, the public safety requires it.

10.

Petitioner has no knowledge of rebellion or invasion in the united states of America, and this Writ for Habeas Corpus poses no threat to the public.

11.

Petitioner has no other plain, speedy or adequate remedy in law.

12.

The Petitioner **notices** the Clerk of Court by way of the ancient Writ of Praecipe to take special notice that Petitioner's Petition for a Writ for Habeas Corpus makes the Clerk of Court knowledgeable of the wrongs mentioned in 42 USC 1985 and unless it can be shown in writing by the Clerk of Court that the conditions exist as prescribed by the Constitution for the united states of America, that is, that due to a national or state rebellion or invasion the Great Writ, Writ for Habeas Corpus, has been suspended, it is the duty and obligation of the Clerk of Court the **issue and deliver the attached writ for habeas corpus without delay**. Failure to do so would create a dishonor of presentments of Petitioner to the court for the right of petition for redress of grievance, a denial of due process giving rise to a federal question. Failure to do so would establish the Clerk of Court in non-feasance of office in fact, and would be a tort against El Bey: Noble Stanley and the STANLEY ARISTILDE ESTATE TRUST.

NYS UCC FILING # 201309068361811 - etal
NYC CLAIM# 2011PI002168
STATE # 06456897k
CASE# 2013KN088090 - etal
BOND#- SAELBEY0B0002-See Fiduciaries: Douglas Palmer d.b.a Clerk of Court
- 9AELBE-10B0004                                  and
                                                  Carol B. AMON
                                                  d.b.a
                                                  Chief Justice

_____                    _____
Clerk of Court                                     date
*Stanly A. E10?n*                               1/26/2014
El Bey: Noble Stanley, lawful man, Petitioner        date

By: Malik El:T J Al, "Plenipotentiary"

*T. J Al Malik El*                              1/26/2014
Malik El:T J Al, without the UNITED STATES           date


El Bey:Noble Stanley                   Page 2 of 3

Note: ✳ United States District Court
13cv6851, 13cv1213 and 13cv2956 (related matters in fact)
   ✳ United States Court of Appeals for the 2nd Circuit
Appeal #s 133578 and 133656 et al (related matters)

✳ = Prima Facie Evidence of Criminal Activity in Fact
The Moroccan National did in File Criminal Charges with:
   - New York State Police [Albany] - via US Mail
   - Eric Schneiderman d.b.a Attorney General [Albany] - via US Mail
   - On the record for color of Law Docket #s
   2013KN088090 - et al

Pursuant to "UNJUST IMPRISIONMENT ACT" and fruit of
Poisionous Tree Doctrine including but not limited to
Foreign Sovereign Immunities Act of October 21st 1976
[A.H 11315] Public Law 94-583, 94th Congress, 90 Statute
at Large sec.1, R.S 1999, Title 8 U.S.C. A1481 the
Court Administration / Trustees will proceed with
criminal Action on behalf of Stanley Aristilde El-Bey
Ex. Rel. STANLEY ARISTILDE

There is in fact an existing DEBT; Privnteers of the
STATE OF NEW YORK are in DisHonor for
Multiple TORTS committed. Being denied constitutional rights
is an "injury" which is verificatin
for MONEY damages IN Fact.

Title 22 Chapter 2 sec. 141 [142 and 143]

Note: The Moroccan National Religious Freedoms is in Fact the
Subject and foundation of this Said claim and ALL related
Claims in Fact Title 42 sec. 2000aa-11, 2000b-2000b3 and 2000dd-1 et al
18 USC sec. 112, 1601 et al
El Bey: Noble Stanley                    Page 3 of 3    28 USC 1331, 1337, 1343 (a)(e) Title 42 et al

North-West Amexem - North Gate [Moor' - " Supreme Law of the Land"]    Delegation of Authority Order Number: [R824044969US]    Revision: A

Case 1:14-cv-03544-ARR-LB   Document 1   Filed 05/15/14   Page 4 of 32 PageID #: 4

**FILED ON DEMAND**

When recorded mail to:

Moroccan Empire "Societas Republicae Ea Al Maurikanos"
MOROCCAN NATION- MOORISH SCIENCE TEMPLE OF AMERICA- DIVINE AND NATIONAL MOVEMENT
General Post Office: Coventry Road [6368], Maryland [20735], Clinton
~ AND ~

*P.O Box 1407*
*Tarboro N.C 27886*
*ATTN: Malik El: T J AL*

BOND#
~FILED~ Y0B0002
IN CLERK'S OFFICE et al
US DISTRICT COURT E.D.N.Y.

★ APR 17 2014 ★

BROOKLYN OFFICE

Document recorded for:




)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

TO:

**THE UNITED STATES OF AMERICA CORPORATION,** STATE OF NEW YORK, ANNA M. KROSS CORRECTIONAL FACILITY, BROOKLYN SUPERIOR COURT, COUNTY OF KINGS et al and

Deborah Stevens-Modica dba DEBORAH STEVENS-MODICA, Rose Agro dba ROSE AGRO, Audrey I. Pheffer dba AUDREY I. PHEFFER, Jonathan Lippman dba JONATHAN LIPPMAN, A. Gail Prudenti dba A. GAIL, PRUDENTI, Maureen D'Aquila dba MAUREEN D'AQUILA, Jonathan Lippman dba JONATHAN LIPPMAN, A. Gail Prudenti dba A. GAIL PRUDENTI, Lawrence K. Marks dba LAWRENCE K. MARKS, Fern A. Fisher dba FERN A. FISHER, Michael V. Coccoma dba MICHAEL V. COCCOMA, Ronald Younkins dba RONALD YOUNKINS, Edgar A Domenech dba EDGAR A DOMENECH all as CEO(s)/Profitor(s)/Beneficiary(ies)/Administrator(s)/ Trustee(s)/State(s) of et al hereafter Respondents

from the **Moroccan Empire "Societas Republicae Ea Al Maurikanos"**

The true and de jure Al Moroccans / Americans
Aboriginal and Indigenous Natural Peoples of:
North-West Amexem North America and the surrounding Islands

, **THE UNITED STATES OF AMERICA CORPORATION,** STATE OF NEW YORK, ANNA M. KROSS CORRECTIONAL FACILITY, BROOKLYN SUPERIOR COURT, COUNTY OF KINGS et al

**CASE NUMBER:** 1411314114; **NYSID:** 06456897K; **DOCKET NUMBER:** 2013KN088090; **CHARGE:** 140.25 FC

NYS UCC FILIING # 201309068361811

NYC CLAIM# 2011PI002168

# ORDER OF HABEAS CORPUS

Now comes Malik El: T J Al, on behalf of Ei Bey: Noble Stanley (reference **NYSID:** 06456897K), ex relatione: STANLEY ARISTILDE and the STANLEY ARISTILDE ESTATE TRUST, as I herewith order the People of the State of New York including the Sheriff for the County of KINGS et al to release the unlawfully detained STANLEY ARISTILDE named above of whom is confined in your custody via your unlawful detainment system. You do not have jurisdiction over the STANLEY ARISTILDE ESTATE TRUST and the physical body of El Bey: Noble Stanley. As a result, you are guilty of human trafficking, trespassing, exceeding jurisdiction, insufficient identification of a natural person and national status, improper caption/rendering of name and violating Treaty and New York Trust Law(s). Your duty is to protect all Trust and not to molest or trespass on a Trust as appears to be the case with your municipality (Private Article I Court Corporation).

Upon the verification of the unlawfully detained via your identification number (**CASE NUMBER:** 1411314114 and **DOCKET NUMBER:**

*Title 42 sec. 2000 aa-11, 2000b - 2000b-3 and 2000dd-1 et al*
*18 USC sec. 112, 1001 et al*
*28 USC 1331, 1337, 1343 (a) (D) Title 42 et al*

North-West Amexem - North Gate [Moor' - " Supreme Law of the Land"]    Delegation of Authority Order Number: [RB240449699US]    Revision: A

. Case 1:14-cv-03544-ARR-LB    Document 1    Filed 05/15/14    Page 5 of 32 PageID #: 5

2013KN088090), you are ORDERED to deliver the prisoner to the custody Malik El: T J Al so that the prisoner may be brought before this Lawful Consular Court to be examined regarding the above case numbers and/or any related proceedings. The People of the State of New York are hereby ordered to vacate any judgment(s), orders, etc. in this matter under authority of Rule 60(b), federal Rules of Civil Procedure, subsections (3) (fraud) and (4) (judgment is void).

This ORDER to vacate is timely as there is no time limit where a court lacks subject matter jurisdiction and where the following has occurred:

### [NOTICE - VIOLATIONS OF THE LAWS]

**NOTE:** 2 Peter 2:3; [3]And through covetousness shall they with feigned words make merchandise of you: whose judgment now of a long time lingereth not, and their damnation slumbereth not.

**Covetousness:** an envious eagerness to possess something enviousness, envy - a feeling of grudging admiration and desire to have something that is possessed by another; extreme greed for material wealth

The following are violations we Moorish American Nationals are seeing regularly:

**1) TREASON:**
Overthrowing of the Constitution.

**2) RICO:**
All officers listed are accused of fraud, color of law, color of authority, and corrupted in their aiding and abetting.

**3) MALICE:**
The intent to inflict grievous bodily harm.

**4) CONSPIRACY:**
An agreement by two or more persons to commit an unlawful act.

**5) PEONAGE:**
*UN - lawful* and involuntary servitude forcing one to perform labor in satisfaction of a debt. *I/We offer that proof.*

**6) ASSAULT; AND ASSAULT AND BATTERY:**
threat of force on another that causes that person to have a reasonable apprehension of imminent harmful or offensive contact, *all acknowledgeable signs of Slavery to me/us.*

**7) BATTERY:**
In TORT law, an intentional and offensive touching of another or worse.

**8) INALIENABLE:**
NOT TRANSFERABLE OR ASSIGNABLE.

**9) EXODUS 21:16:**
And he that [dd]stealeth a man, and selleth him, or if he be found in his hand, he shall surely be put to death. (reference [dd] to Dt.24:7)

**10) DEUTERONOMY 24:7:**
[d]If a man be found stealing any of his brethren of the children of Israel, and maketh merchandise of him, or selleth him, then that thief shall die, and thou shalt put evil away from among you. (reference [d] to Ex.21:16)

**11) DIGNITATIS HUMANAE:**
(Latin: Of the Dignity of the Human Person) Declaration on Religious Freedom, protection of Religious liberty and inviolable rights of the human person and the constitutional order of society.

North-West Amexem - North Gate [Moor' - " Supreme Law of the Land"]    Delegation of Authority Order Number: [R8240445699US]    Revision: A

Case 1:14-cv-03544-ARR-LB    Document 1    Filed 05/15/14    Page 6 of 32 PageID #: 6

Further, see: "Our Authority" reference: ss No. 10105905; and Prophet Noble Drew Ali's original source of which came from the Religious Corporation Act of 1872; INTERNATIONAL RELIGIOUS FREEDOM ACT OF 1998 [As Amended Through P.L.112 - 75, Enacted December 23, 2011] and

the **Religious Freedom Restoration Act of 1993**, Pub. L. No. 103-141, **107 Stat. 1488** (November 16, 1993), codified at **42 U.S.C. § 2000bb through 42 U.S.C. § 2000bb-4** (also known as RFRA), is a 1993 <u>United States federal law</u> aimed at preventing laws that substantially burden a persons free exercise of their religion. The bill was introduced by Howard McKeon of California and Dean Gallo of New Jersey on March 11, 1993.[1] It was held unconstitutional as applied to the states in the City of <u>Boerne v. Flores decision in 1997</u>, which ruled that the RFRA is not a proper exercise of Congress's enforcement power. But it continues to be applied to the federal government, for instance in <u>Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal</u>, because Congress has broad authority to carve out exemptions from federal laws and regulations that it has authorized. reference: <u>CONGRESS DECLARES BIBLE "THE WORD OF GOD</u> Public Law 97-280, 96 stat 1211" Oct 4 1982 & Executive Order 6100 of Sept 22 1990; see "A DIVINE WARNING BY THE PROPHET FOR THE NATIONS"

### [PRINCIPLES RELIED UPON]

There is no time limit on attack on judgment as void, one-year limit applicable to some Rule 60 (b) motions are expressly inapplicable to Rule 60 (b) (4) motion, and even requirement that motion be made within reasonable time cannot be enforced with regard to this class of motion. Briley v. Hidalgo (1933, CA5 La) 981 F2d 246.

FRCP 60 (b) (4), which provides relief from void judgments, is not subject to any time limitation. Hall v. Commissioner (1994, CA10) 30 F3d 1304, CCH Unemployment Ins Rep P 14044B, 94-2 USTC P 50392, 94 TNT 154-21.

There is no time limit on FRCP 60 (b) (4) attack on judgment as void; one year limit applicable to some FRCP 60 (b) motions are expressly inapplicable, and requirement that motions be made within "reasonable time" cannot be enforced with regard to FRCP 60 (b) (4) motion New York Life Ins. Co. v. Brown (1996, CA5 La) 84 F3d 137.

Further, the judicial officer is compelled to provide appropriate relief under auspices of Rule 60 (b), F.R.Civ.P., where the judgment is void:

Elliot v. Pierson, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828): Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers."
[Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)]

World-Wide Volkwagen Corp. v. Woodson, 444 U.S. 286 (1980) "A judgment rendered in violation of due process is void in the rendering State and is not entitled to full faith and credit elsewhere. Pennoyer v. Neff, 95 U.S. 714, 732-733 (1878)."
[World-Wide Volkwagen Corp. v. Woodson, 444 U.S. 286 (1980)]

Black's Law Dictionary, Sixth Edition, p. 1574: Void judgment. One which has no legal force or effect, invalidity of which may be asserted by any person whose rights are affected at any time and at any place directly or collaterally. Reynolds v. Volunteer State Life Ins. Co., Tex.Civ.App., 80 S.W.2d 1087, 1092. One which from its inception is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind parties or support a right, of no legal force and effect whatever, and incapable of confirmation, ratification, or enforcement in any manner or to any degree. Judgment is a "void judgment" if court that rendered judgment lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process. Klugh v. U.S., D.C.S.C., 610 F.Supp. 892, 901.
See also voidable judgment.
[Black's Law Dictionary, Sixth Edition, p. 1574]

### New York Consolidated Laws CVP [CPLR] - Civil Practice Law and Rules
### ARTICLE 70; HABEAS CORPUS

#### The New York habeas corpus rules can be found in Article 70 of New York Civil Practice Law and Rules, also known as N.Y. C.P.L.R. 7001–7012 (McKinney 1998).

170. N.Y. Exec. Law § 259-i(3)(e)(i) (McKinney 2009) ("If the alleged violator requests a local revocation hearing, he shall be given a revocation hearing reasonably near the place of the alleged violation or arrest if he has not been convicted of a crime committed while under supervision."); see People ex rel. Campolito v. Portuondo, 248 A.D.2d 768, 769, 669 N.Y.S.2d 726, 727 (3d Dept. 1998) (finding that where a prisoner had not requested a local parole revocation hearing, he was not entitled to one); People ex rel. Madison v. Sullivan, 142 A.D.2d 621, 530 N.Y.S.2d 43 ( 2d Dept. 1988) (finding that where neither prisoner nor his counsel had requested a local parole revocation hearing, the New York State Board of Parole was not required to arrange one for him).

176. See People ex rel. Battista v. Christian, 249 N.Y. 314, 321, 164 N.E. 111, 113 (1928) (granting habeas corpus petition because there was no presentment or indictment of a grand jury). Note that an indictment no longer has to be filed for every crime; the prosecutor may file information instead. In November 1973, the New York Constitution was amended to provide an exception to the indictment requirement where the accused is charged with an offense that is not punishable by death or life imprisonment. N.Y. Const. art. I, § 6. This amendment is explained in People v. Trueluck, 88 N.Y.2d 546, 548, 670 N.E.2d 977, 978, 647 N.Y.S.2d 476, 477 (1996) (noting that a defendant may waive an indictment and consent to be prosecuted by a superior court information where: (1) the local criminal court has held the defendant for the action of a Grand Jury; (2) the defendant is not charged with a class A felony, and (3) the District Attorney consents to the waiver of indictment) (quoting N.Y. Crim. Proc. Law § 195.10(1) (McKinney 2007).

COMPLAINT FOR NEGLEGENCE

Cruel and Unusal Punishment thru Entrapment by the
PRIVATEERS/AGENTS of the
STATE OF NEW YORK et al

"NOTICE TO INMATES" in reference to not being housed in a reasonable time
[24 hrs] is accepted by the GENERAL EXECUTOR/BENEFICIARY of the
ACCOUNT [Ex.Rel. STANLEY ARISTILDE] for KINGS COUNTY Docket #s:
2012NY005201, 2013KN004754, 2013KN11913, 2013KN088090 et al]. -Coram Non
Nobi:
Coram Non Judice

† The AGENTS/PRIVATEERS employed by the STATE OF NEW YORK
D-U-N-S # 132228052, an enclave of the United States
have conspired against the Moorish American three-times
[triple Jeopardy-same alleged charges] to defraud the EXECUTOR/
BENEIFICIARY out of the right of use to the "TRUST CORPUS"
Coram yobis; Coram Non-Judice; legal Fraud synonymous with
"constructive Fraud"...ie perpetual "contructive fraud" Purcell V.
Robertson, 122 W.Va. 287, 8 S.E.2d 881, 883.
United States Courts of Appeals for the 2nd Circuit including but
not limited to District Court E.D.N.Y has miss classified and
issued defective ORDERS in order to overtly Not provide
administrative remedy(s) which is required by Law.
† Breach of Mandatory duty by the Sheriff Office[County
The Forieyn Agents of the Criminal Courts of the City of New
York, N.Y.P.D, Brooklyn Defenders Services, Legal Aid Societ
et al did in fact commit premeditated Neglegient acts to _
cause pain, suffering, cruel and unusual punishment.
† To unlawfully extend the stay at the human trafficking
facility [a.m.K.c] the AGENTS/PRIVATEERS of the STATE OF NEW
YORK D-U-N-S # 132228052 who Violated CPL 100.15, 100.20, 100.35
100.15(3), 100.40, 180.50, 180.80, 100.50, 120.20, 130.20, 30.30, 170.35
210.30, et al. The AGENTS/PRIVATEERS also violated their own
Criminal Practice Laws and Procedures to force the
Moorish American to accept a plea to criminal actions
he Did Not commit. "lese majesty"[Joint & Several liabilit

— Title 42 sec. 2000 aa-11, 2000b-2000b-3 and 2000 dd-1 et al—
* 18 USC sec. 112, 1004 et al *
— 28 USC 1331, 1337, 1343(a)(c) Title 42 et al—
— LOVE, TRUTH, PEACE, FREEDOM AND JUSTICE —
* AA222141 *                    page 1

**Attachment B**

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 2



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

The Inmate Grievance and Request Program (IGRP) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.

A grievance is a written complaint submitted by an inmate in the Department's custody about an issue, action, condition, or practice relating to the inmate's confinement.

A request is a written individually expressed need for a service, assistance, or accommodation regarding any issue relating to the inmate's confinement.

- You may first seek to resolve the issue or condition by speaking to the involved staff or your housing officer.
- You always have the right to file a grievance or request.
- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance or request with this program.

## THE SUBMISSION AND APPEALS PROCESSES

**1. SUBMISSION**

Submit this form (Statement form) to the IGRP office, IGRP staff, or drop it in a grievance and request box.

**2. INFORMAL RESOLUTION**

You will receive a proposed resolution within five days after the IGRP receives the form. If you disagree with the proposed resolution, you will have five business days to appeal and request a formal hearing.

If your submission involves a request to exercise religious beliefs or practices not currently available and you seek to appeal, the Committee on Religious Accommodations will review your request.

**3. FORMAL HEARING OF THE INMATE GRIEVANCE RESOLUTION COMMITTEE**

The Inmate Grievance Resolution Committee (IGRC) will conduct a hearing and render a written disposition within five business days from your request for a hearing.

If you disagree with the IGRC's disposition, you will have five business days to appeal to the commanding officer.

**4. COMMANDING OFFICER'S REVIEW**

The IGRP staff will forward your appeal to the commanding officer within one business day of receiving it. Within five business days of receiving the appeal, the commanding officer will render a written disposition.

**5. CENTRAL OFFICE REVIEW COMMITTEE**

If you disagree with the commanding officer's disposition, you will have five business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within 15 business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

John Caldwell #2513##$$$
Ricky Phillips — 1411204216    } witnesses

*Official Evidence for Civil Proceedings*

Attachment B

Form: #7101R, Eff.: 09/10/12, Rev. #8278 - page 1

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 15 2014 ★

BROOKLYN OFFICE

VCC 3-505
3-503

## City of New York - Department of Correction
# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: Noble Stanley A. El-Bey STANLEY Ex Rel. ARISTILDE | Book & Case #: 14114 | NYSID # (optional): |
|---|---|---|
| Facility: A.M.K.C | Housing Area: W19LB | Date of Incident: 4/23/14 | Date Submitted: 4/24/14 |

Note: No camera footage of the unlawful drill was taken

**Request or Grievance:** On 4/23/14 while conducting research in the human trafficking facility LAW LIBRARY I was IN Fact subject to some sort of UNlawful drill which involved a K-9 unit privateer and a dog et.al. The dog ran across the a straight line of MEN With excessive force. I AM NOT this facilities ginnie-pig. This registers as cruel and unusual punishment. I am NOT consenting to any sort of unlawful procedures including coming into contact with animals during this unlawful stay at the A.M.K.C.

Title 42 200dd-1 et al

**Action Requested by Inmate:** I am NOT a citizen of the United States nor the STATE OF NEW YORK I am a Moorish American National/P.O.W. Release my God given vessel. This facilities Adm. is Aiding and abetting my (violation of) substantive Rights to Due process of LAW ...etc..

Attorney General Guidelines Title 42 2000aa-11 et al

**Please read below and check the correct box:**

| | Yes | No | |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ Yes | ☑ No | |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ Yes | ☑ No | |
| Have you filed this grievance or request with a court or other agency? | ☐ Yes | ☑ No | ☑ Not yet |
| Did you require the assistance of an interpreter? | ☐ Yes | ☑ No | |

Inmate's Signature: VCC-101, 1-103, 1203, 8-103

Date of Signature: 4/24/2014

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

AN ESTATE TRUST IN Fact

I am: Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE Moorish American in Propria Persona Sui Juris · NYC Claim# 2011PI00216

I reserved the right to introduce "Complaint for Neglegience"[s] including but not limited to payment for damages for violations of constitutions rights....ie "injury"Injuries" in fact against any/All other individual involved in the overt perpetual "Constructive Fraud".

### [AUTHORITIES ON VOID JUDGMENTS]

Void judgments are those rendered by a court which lacked jurisdiction, either of the subject matter or the parties.
See:  Wahl v. Round Valley Bank, 38 Ariz. 411, 300 P.955 (1931)
Tube City Mining & Milling Co. v. Otterson, 16 Ariz. 305, 146 P. 203 (1914)

Milliken v. Meyer, 311 U.S. 457, 61 S.Ct. 339, 85 L.Ed. 2d 278 (1940) A void judgment which includes judgment entered by a court which lacks jurisdiction over the parties or the subject matter, or lacks inherent power to enter the particular judgment, or an order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that the party is properly before the court. See Long v. Shorebank Development Corp., 182 F.3d 548 (C.A. 7 Ill. 1999) A void judgment is one which, from its inception, was a complete nullity and without legal effect.  See Lubben v. Selective Service System Local Bd. No. 27, 453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972) A void judgment is one which from the beginning was complete nullity and without any legal effect.  See Hobbs v. U.S. Office of Personnel Management, 485 F.Supp. 456 (M.D. Fla. 1980).  Void judgment is one that, from its inception, is complete nullity and without legal effect.  Holstein v. City of Chicago, 803 F.Supp. 205, reconsideration denied 149 F.R.D. 147, affirmed 29 F.3d 1145 (N.D. Ill. 1992).  Void judgment is one where court lacked personal or subject matter jurisdiction or entry of order violated due process, U.S.C.A. Const. Amend. 5-Triad Energy Corp. v. McNell, 110 F.R.D. 382 (S.D.N.Y. 1986).
Judgment is a void judgment if court that rendered judgment lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process,  Fed Rules Civ. Proc., Rule 60(b)(4), 28 U.S.C.A.; U.S.C.A. Const Amend. 5.  Klugh v. U.S., 620 F.Supp. 892 (D.S.C. 1985).

A void judgment is one which, from its inception, was a complete nullity and without legal effect, Rubin v. Johns, 109 F.R.D. 174 (D. Virgin Islands 1985).

A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree.  Loyd v. Director, Dept. of Public Safety, 480 So.2d 577 (Ala.Civ.App. 1985).  A judgment shown by evidence to be invalid for want of jurisdiction is a void judgment or at all events has all attributes of a void judgment, City of Los Angeles v. Morgan, 234 P.2d 319 (Cal.App. 2 Dist. 1951).

Void judgment which is subject to collateral attack is simulated judgment devoid of any potency because of jurisdictional defects, Ward. v. Terriere, 386 P.2d 352 (Colo. 1963).  A void judgment is a simulated judgment devoid of any potency because of jurisdictional defects only, in the court rendering it and defect of jurisdiction may relate to a party or parties, the subject matter, the cause of action, the question to be determined, or relief to be granted, Davidson Chevrolet, Inc. v. City and County of Denver, 330 P.2d 1116, certiorari denied 79 S.Ct. 609, 359 U.S. 926, 3 L.Ed. 2d 629 (Colo. 1958).

Void judgment is one entered by court without jurisdiction of parties or subject matter or that lacks inherent power to make or enter particular order involved and such a judgment may be attacked at any time, either directly or collaterally, People v. Wade, 506 N.W.2d 954 (Ill. 1987).

Void judgment may be defined as one in which rendering court lacked subject matter jurisdiction, lacked personal jurisdiction, or acted in manner inconsistent with due process of law Eckel v. MacNeal, 628 N.E.2d 741 (Ill. App.Dist. 1993).

Void judgment is one entered by court without jurisdiction of parties or subject matter or that lacks inherent power to make or enter particular order involved; such judgment may be attacked at any time, either directly or collaterally People v. Sales, 551 N.E.2d 1359 (Ill.App. 2 Dist. 1990).

Res judicata consequences will not be applied to a void judgment which is one which, from its inception, is a complete nullity and without legal effect, Allcock v. Allcock, 437 N.E.2d 392 (Ill.App.3 Dist. 1982).

If judgment is void,  it is per se abuse of discretion for a court to deny movant's motion to vacate judgment under FRCP 60 (b) (4) Antoine v. Atlas Turner,  Inc. (1995,  CA6 Ohio)66 F3d 105.

See "NOTICE" reference Our Authority Number:  ss 10105905   per Certification Number: 7012 1640 0002 1682 4813

**Heir Apparent:**

Title 42 sec. 2000aa-11, 2000b-2000b-3 and 2000dd-1 et al

*Stanley A. Erby*

All RIGHTS RESERVED

**[THE GREAT SEAL]**

18 USC sec. 112, 1001 et al

28 USC 1331, 1337, 1343 (a)(c) Title 42 et al

*T. J Al Malik El*

**:s:**  T. J Al Malik El
Secretary of State Grand Sheik, Plenipotentiary,  Sui Juris, Malik El: TJ Al
Moroccan Empire-Moroccan Nation-MSTOA-Divine and National Movement
All Rights Reserved:  Without Prejudice and Recourse

NYC. Claim # 2014 P I 004147

† United States Court of Appeals for the 2ⁿᵈ Circuit Docket #s: 133578 ; 133456)

Judicial Conduct Complaint : 02-13-90093-JM ;

United States District Court E.D.N.Y / Administrative Courts of the United States Docket # 13 cv 6851 et al including but not limited to all other claims filed by the Moroccan National / General Executor / Beneficiary Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE to seek Justice for violations of the Covenant for all parties conducting commerce in the Americas also know as North West Amuem. I do in fact place all claims listed and unlisted under title 42 USCS sec. 2000b-2000b-3 et al.

† This covenant / Organic Constitution is the Supreme Law of the Land.

† I the Moroccan National / General Executor / Beneficiary is being deprived of and threatened with the loss of ~~my~~ right(s) to equal protection of the laws due to my religious beliefs..et al

† I am to seek Justice and must live rightously to the best of my GOD given abilities. I did in fact initiate counterclaims actions to unlawful actions by the AGENTS / PRIVATEERS of the STATE OF NEW YORK an enclave of the United States. However I am unable to maintain appropriate lawful proceedings and my personal ~~both~~ safety is IN Jeopardy. I am no longer employed and my property rights have in fact been violated. My liberties and property were unlawfully seized without the substantive rights to due process of Law and I am being over powered by state and federal AGENTS. "BAD FAITH"

† The subject of one-of-many docketed matters is in fact "Possessio bona fide" and placed under TRUST while the accuser / People of the STATE OF NEW YORK "Possessio Mala Fide" which is one-of-many reasons the so-called CORPUS DELICITI has not appeared in propria or on record to back up his / her color-of-Law ~~a~~ criminal claims....ie Al Seisin in Deed, Al Seisin in fact, Al Seisin by Law / Adverse Possession / Possession is nine-tenths of the Law.

* Secured Party Creditor of NYS Vec #:
   20130904836811 - et al
* BOND #S: - 3AELBEY0B0002
             - 3AELBEY0B0004
             - et al

*Stanley A. El-Bey*
VCC 1-207, 1-203, 1-103, 8-103
Moorish-American in Propria Persona Sui Juris ;
Sui Heredes / GENERAL EXECUTOR / BENEFICIARY

US Department of Justice [Civil Rights Division]
Document # 207520/437856 was edited / rebutted and mailed to AG in fact. It was also placed on the record at Kings County Supreme court.
   Title 42 sec 2000aa-11, 2000b-2000b-3 and 2000dd-1 et al [Might have different]
      * 18 USC sec. 112, 1001 et al *
   - 28 USC 1331, 1337, 1343(a)(c) Title 42 et al -
      - LOVE, TRUTH, PEACE, FREEDOM AND JUSTICE -
         * AA222141 *

page 2

*Official Evidence for Appeal Brief Exhibit A page 1*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT E.D.N.Y.
★ DEC 3 0 2013 *Rec'vd 1/6/2014*
BROOKLYN OFFICE

*UCC 350³ 350³*

----------------------------------------------X

STANLEY ARISTILDE EL-BEY,

Plaintiff,

-against-

PRIVATEER LAURIE DICK d.b.a. Staff
Attorney; PRIVATEER SILBER d.b.a. Adm.
Judge Criminal Courts of the City of New
York; Privateer Alex Adjmi d.b.a. Strickland
Realty et al.,

Defendants.

----------------------------------------------X

**ORDER**

13-CV-6851 (ARR)

*NYC Claim # 2011PI002168
NYS UCC Filing # 201309068361811
"PRIVATE REGISTERED SURETY BOND"
BOND # SAELBEYDB0002*

ROSS, United States District Judge:

On December 3, 2013, plaintiff, who is incarcerated at Rikers Island, submitted a "Cause of Action for P.O.W Petition," seeking to remove his pending New York state court criminal action to this Court. Plaintiff's submission did not include the requisite filing fee or *in forma pauperis* ("IFP") application or the Prisoner Authorization form. By letter filed December 6, 2013, plaintiff was provided with the proper forms and instructed that in order to proceed, he must either pay the fee or return the completed IFP application and the Prisoner Authorization form within 14 days from the date of the letter. Plaintiff did not respond to the Court's letter. Accordingly, the action is dismissed without prejudice.

SO ORDERED.

*(signature)*
Allyne R. Ross
United States District Judge

Dated: December 30, 2013
       Brooklyn, New York

Note: I Never recieved letter filed Dec. 6, 2013 by Court Adm. — Frauds and swindles by the Caveat actors

(1) One of the countless reasons "Judical Conduct Complaint, 02-13-90093" was filed by the Moroccan National//Beneficiary General Executor. —Title 18 part 1, chapter 63 sec. 1341 et al.

Who is responsible the a.M.K.c Mailroom or the Court Adm. did Not sent the Notice(s)?/Did the US Post Office lose the letters?     4

Title 42 sec. 2000aa-11, 2000l, 2000b-3, and 2000dd-1 et al [ , 3503 ]

18 USC Sec. 112, 1001 et al

28 USC 1331, 1337, 1343(a)(c) Title 42 et al

**SERVICE LIST**

✳ AA 222141 ✳

✳ Offical Evidence ✳
for Appeal Brief
Exhibit A
Page 2

**Stanley Aristilde El-Bey**

AMKC

18-18 Hazen Street

East Elmhurst, NY 11370

Complaint for Negligence ✳
Allyne R. ROSS

I, the General Executor/Beneficiary/Plaintiff/Moroccan National is not responsible for mail distribution. I am being held at the said location as a "P.O.W."... ie ~~Pretart~~ detainee
Pretrial

(A) Did the Court Adm. use frauds & swindles to dismiss the lawful counterclaim including but not limited to stating the proper form were provided when in fact they were not mail to the Service list above.

(B) Did the mailroom of the A.M.K.C breach their mandatory duty by not delievering the said "Legal Mail"?

(C) Did the US post Office lose/misplace the "Legal Mail" and failed to deliever.

Note: The US post Office/Service is the most reliable service in Morocco/N. America.

According to Greivance #K036-14 of the A.M.K.C; privateers response to the Grievance was "you never recieved any legal Mail around the time stated. We checked our records El-Bey". [All legal Mail is in fact signed for by the addressee at said facility]. I trust the post offices service more than I trust the response of a dis honorable Administrative Clerk d.b.a Judge of the United States District Court.

[In reference to Privateer Allyne R. Ross➔Proverbs 25:19 MAN/WOMAN]

*[Handwritten top margin]:* The Case ... is subject to the Foreign State and their subdivisions however this is Prima Facie Evidence of the AGENTS @ breaching their Order rules

## § 180.80. Proceedings upon felony complaint; release of defendant from custody upon failure of timely disposition

| History | References | Notes of Decisions | Forms |

Upon application of a defendant against whom a felony complaint has been filed with a local criminal court, and who, since the time of his arrest or subsequent thereto, has been held in custody pending disposition of such felony complaint, and who has been confined in such custody for a period of more than one hundred twenty hours or, in the event that a Saturday, Sunday or legal holiday occurs during such custody, one hundred forty-four hours, without either a disposition of the felony complaint or commencement of a hearing thereon, the local criminal court must release him on his own recognizance unless:

1. The failure to dispose of the felony complaint or to commence a hearing thereon during such period of confinement was due to the defendant's request, act, condition, or occurred with his consent; or

2. Prior to the application:

(a) The district attorney files with the court a written certification that an indictment has been voted; or

(b) An indictment or a direction to file a prosecutor's information charging an offense based upon conduct alleged in the felony complaint was filed by a grand jury; or

3. The court is satisfied that the people have shown good cause why such order of release should not be issued. Such good cause must consist of some compelling fact or circumstance which precluded disposition of the felony complaint within the prescribed period or rendered such action against the interest of justice.

**HISTORY:**

Add, L 1970, ch 996, § 1; amd, L 1982, ch 556, § 1, eff Aug 21, 1982

Sub 2, amd, L 1982, ch 557, § 1, eff Aug 21, 1982

**Practice Insights:**

*[Handwritten annotations right side]:* 4th & 5th Amendment violations! Triple Jeopardy in fact without substantive right to a trial

*[Handwritten case numbers]:* ✱2013KN004754 ✱2013KN11913 ✱2013KN088090 ✱2012NH005201 ✱ et al

*[Handwritten]:* Evidence of ~~various~~ Dishonor @ by the DA and courts 3-503 3-505

*[Handwritten]:* + violation of 190.50 and 180.80 et al does not have consent from the NON-US citizen

[180.80 and 190.50 Waiver] – PL 165.2 – et al

Title 22 Chapter 2 Section 141 (142, 143)

*[Stamps]:* BROOKLYN OFFICE; APR 17 2014; FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y.; MAY 15 2014

Pursuant to "UNJUST IMPRISONMENT ACT" etal

The Moroccan National /General Executor/Beneficiary

P.O.W/land claimant gives NOTICE to whom it may

concern; docketed Color of Law proceedings:

2013KN004754, 2013KN11913, 2013KN088090,

2012NY005201 et al. do in fact fall under the

ACT mentioned herein. —PL 135.1

AG push for help to wrongly convicted

ALBANY — Attorney General Eric Schneiderman plans to unveil legislation Wednesday that would make it easier for people wrongfully convicted of crimes to recover damages from the state.

Schneiderman's Unjust Imprisonment Act would strip away restrictions in state law that those seeking from people who were forced into false confessions or who pleaded guilty to

Feb. 18th 2014

I accept for value ALL Fraudulant
Charges and activities in return
for post settlement and
closure

Note: No statute of Limitation
on Fraud.

Title 18 part 1 chapter 63 sec 1341
27 USC 280 et al us

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 17 2014 ★
BROOKLYN OFFICE

Right to Appeal Signed "under force duress
• Fear = [Void ab nito, Appeal form was
Never provided by said
Court in Fact]

Breach of Trust and Mandatory duty by
Sheriff Office of Kings County

AGENT TO PRINICIPAL
PRINICIPAL TO AGENT
Title 42 2000aa-11, 2000b-b3 and 2000dd-1 et al
28 USC 1331, 1337, 1343(a)(c) et al

Public Side

NY5 UCC Filing #
.20130906836 1811 -et al
★ BOND # SAELBEYOB0002. et al

★ NYSID #

NON-NEGOTIABLE

NYC Claim #
2011PIO02168

# UNITED STATES DISTRICT COURT

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

Eastern  for the
DISTRICT OF New York Color of Law indictment

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 17 2014 ★

BROOKLYN OFFICE

# 99262013 [Kings County] et al

Stanley Aristilde El-Bey  Ex. Rel. STANLEY
ARISITLDE  In Propria Persona Sui Juris; Sui
Heredes

Plaintiff(s)

v.

Anna M. Kross Correction Facility et al. (a.m.k.c)
including but not limited to all Human Trafficking
Agents listed and unlisted 2012NY005201,
2013KN004754 & 2013KN11913, 2013KN088090
et al

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

Action No. _____

accepted under UCC 1-207

Court Officer / a.m.k.c Badge/Shield #

Stukes, Kenneth dibia

STATE OF NEW YORK Privateer/ AGENT/ defendant

STATE OF NEW YORK D-U-N-S # 132228052

IGNORANCE OF THE LAW IS NO EXCUSE

head of Mental Health of the Said facility

★Counter claim★
## COMPLAINT FOR NEGLIGENCE

ANNA M. KROSS CORRECTION FACILITY ET AL. (A.M.K.C) HUMAN TRAFFICKING AGENT NEW YORK STATE COURT OFFICERS

1.    Statement of Jurisdiction. See Form 7.

   a. *For diversity-of-citizenship jurisdiction.* The plaintiff is AUTOCHTHON and AUTONOMUS Private Moor; Sui Juris; Sui Heredes, a National of Moroccan Empire , a Sovereign Authority under the laws of New York State Republic. The defendant is a citizen/agent/privateer of The State of New York, a corporation under the laws of New York State Republic, with its principal place of business in the STATE OF NEW YORK

   b. *For federal-question jurisdiction.* This action arises under the Constitution for the United States of America North Continent Presented in 1787 Ratified 1791 ; Article III sec. 2 Article IV sec. 4 Article VI and amendment 1, IV, V, VI, IX, X and the 13th Amendment with "20 sections" The trafficking of Africans is prohibited upon pain of death.....etc [descendents of Africans shall not be citizens], a United States treaty; THE PEACE AND FRIENDSHIP TREATY OF MOROCCO 1787, article 20  21 and all others articles that apply.  * federal statute 27 U.S.C. § 280, 18 U.S.C. § 241 and 242 et al , Trespassing" Summary Judgment without consent and Conspiracy, Assault & Battery, Punishment, (Suspendeant Superior) *18 USC Sec. 112 Committing acts of war , Cruel and Unusual Punishment, Violation of Right to Speedy Trail, Violation of the of Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering,  Abuse of Authority, [Torts: Negligent Employment, Training & Hiring].  Title 18, part 1, Chapter 63 sec. 1341. Frauds and swindles IRC 7202, 7206, 7207

## INTENTIONAL TORTS

S O C I A L

Breach of Duty of "good faith" & "fair dealing"
Intentionally placing the General Executor/Beneficiary/National in a "Zone of Danger" for 50 days et al
Prima Facia Case based on the public Servant(s)/privateers own actions.
Scienter
Concealment
Abnormally _____ Activities
Economic and Non Economic Damages
Violations of Rules of Professional Conduct and _____ /Judicial Conduct for the caveat actors sitting at the Bank
The Privateer employed by the State of New York Color of Law contained No Corpus Delicti [CFR 27 SECTION 72.11] United States(and all its officers, agents, employees) had no commercial capacity to make claims without evidence of an existing debt.

[50+ including Kidnapping on 11/16/2013]

2.    On 11/16/2013 to _____, at their 18 Hazen Street East Elmhurst Territory, New York Republic near [11370], the defendant(s) negligently held the National as a P.O.W to steal finance [Money of Accounts] from the Trust/Account Transmitting Utility STANLEY ARISTILDE with excessive force.
You are in fact aiding and abetting kidnapping by the privateer of the nation including a great number of fraudulent color of law processes including but not limited to death at the said human trafficking facility, these are in fact Ultra Vires/Intentional Torts against the plaintiff, In fact Acts to Cause Pain & Suffering and Loss of life's Enjoyments. See color of law claims in 2012NY005201, 2013KN004754 & 2013KN11913 for verification. *911 report log #'s for kidnapping 11 – 29726,  12–46587 (audio as evidence)  2013KN088090 Bona Fide proof of a perpetual Constructive Fraud"

## NOTICE- VIOLATIONS OF THE LAWS

UCC 1-207, 1-103, 1-203, 8-103 private contract / FORM 11   Page 1 of 2  RESPONDEAT SUPERIOR
*Love Truth Peace Freedom & Justice*

28 U.S.C. §§ 1331, 1337, 1343(a)(c)  title 42 et al  Original Jurisdiction with demand for trial by jury
AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STATUS
Title 42 sec. 2000a-11, 2000b-2000b-2 and 2000dd-1-et al
18 USC Sec. 112, 1001. et al

*See "Cause of Action for P.O.W Petition" which was edited with relating Penal Law and placed on the record*

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

NON-NEGOTIABLE

-PL 135.1
-PL 190.8
-PL 190.5
-PL 105.15
-PL 190.25
- et al

- **TREASON**- overthrowing of the Federal and State Constitution
- **RICO**- you are accused of fraud, color of law, color of authority, and corruptive for aiding and abetting
- **MALICE**- the intent to inflict grievous bodily harm. **Prototype ID PJM25754-1** ON A IRON FONDATION
- **PEONAGE**- **unlawful** and involuntary servitude forcing one to perform labor in satisfaction of a debt
- **TORTURE**- transport/trafficking of the National's God given vessel thru the Court system unlawful; So called Assignee purposely putting the Account/Trust in Dishonor for profit; **appearance on the record without consent**; deceptions/frauds/swindles etc...

Mal-nutrition thru artificial foods; inhuman living conditions; the beds all detainees/inmates are forced to rent because of your unlawful actions from the private corporations will be the biggest class actions lawsuits against the foreign improper administration.

## DIGNITATIS HUMANAE

Declaration on Religious Freedom, protection of Religious liberty and inviolable rights of the human person and the constitutional order of *society*

***See ORDER OF HABEAS CORPUS and Writ of Praecipe, et al***

3.    As a result, the plaintiff was physically injured including but not limited to assault; assault and battery, abuse of process thru denationalization, abuse of authority, lost pecuniary wages (currently unemployed do to the fraudulent acts of the Privateers), suffered physical and mental pain, and expenses of

$ _500,000.00_. [Lost of wages/employment / the P.O.W must be rewarded triple damages including but not limited to Compulsory, compensatory, and punitive damages.]

50% of → Therefore, the plaintiff demands judgment / **contribution** against the defendant for $ 1,000,000.00 , plus costs.

---

You and your fellow co-workers are employed by a Human Trafficking facility; Your Job is to count Human bodies, transport them internally and from facility to facility, you also transport the human bodies from the Bank/Courthouse(s) to other Human Trafficking facilities including but not limited to the a.m.k.c. There is no excuse for **violating divine Law.** The worst thing about it **is you walk around the facility like your better than your brothers and sisters who are victims of a fraudulent justice system being enforce by an Improper Administration.** I do not know you personal and I have nothing against you. However you did stop me from going home to my family, friends, and nation. For that you are liable in your corporate and private capacity. Corporation Counsel which is the Attorney for your place of employment has no defense for the truth. I've seen them use corrosive tactic like having the judicial agents dismiss this said matter with **no lawful cause what so ever. They have not replied on your behave because your all ponds in your monopoly game.** (See notice on non response etc ..) I will get my remedies because there is a higher force empowering me to do this for me and my fellow countrymen and women. You will appreciate this noble act as well because your melanated. [ you do not wear that uniform everywhere] You think you're free; you practically live in Jail in exchange for worthless FRN's. Court officers violate their oath to protect and serve the people every time the improper adm. Place a human being in jail without a true and proper indictment and substantive rights due process of law. [the patch on your uniform is New York State  not THE STATE OF NEW YORK  I know the difference between them] etc .... **As for all you un-honorable Europeans even in defeat you lie and still attempt to swindle your way out of trouble.** For the record let the record show ...... I AM NOT THE ONE ... I'm already embarrassing you as law enforcement officials. I don't need a lawyer for you simpletons. This is just an introduction to what, "we the people" have in stored for you. YOU CAN'T LOCK ME UP FOR NO REASON AND NOT PAY ME FOR ALL THE PAIN AND SUFFERING. IF YOU DON'T GIVE HEAVEN I RAISE HELL. **All Praises Due To ALLAH !!**

---

All attorneys, Judges, Court Officers  must answer:

### Has anyone involved in these matters including you, taken an oath of "Kol Nidre"

### SUPPORTING AFFIDAVITS / WRITS → for pervious related action/
Notice of Non- Response                                    Counterclaim at Federal
                                                                              level

Allodial Cost Schedule.....I E   BILL OF PARTICULAR to total amount due **must be paid within 30 day** of the date this was received by Court of
**Clerk or Pro Se writ Clerk.**

Invoice/ Bill of Particulars for lawful purpose is in fact an International Bill of Particulars / **International Bill of Exchange** to the benefit of the plaintiff
**\*\*and all other official testimony and evidence**

Date: _4/12/2014_                                    Signature of the attorney or unrepresented party

                                                  [signature]

                              Moorish National / **General Executor / Beneficiary / Plaintiff** in Propria
                              Persona  Sui Juris; Sui Heredis ALL RIGHT RESERVED
                                                                              for
                              See Clerk of Court for contact information the Private Moor –
                              mailing communications ONLY

E-mail address - Private   Telephone number - Private
ALL DEFENDANTS ARE ORDERED TO STAY AWAY FROM THE
PLANTIFF AND HIS PROPERTY.

ALL MEMBERS OF THE BRITISH
ACCREDITATION RESEARCH [B.A.R] ARE
MEMBER OF A FOREIGN COMMUNIST
ORGANIZATION

---

UCC 1-207, 1-103, 1-203,  8-103 private contract / **FORM 11**    Page 2 of 2   **RESPONDEAT SUPERIOR**

*Love Truth Peace Freedom & Justice*

28 U.S.C. §§ 1331, 1337, 1343(a)(c)  title 42 et al   Original Jurisdiction with demand for trial by jury
**AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STATUS**

**\* Title 42 Sec. 2000 aa-11, 2000b-2000b-3, and 2000dd-1 et al \***
**-18 USC Sec 112 1001 et al-**

NYSID # ~~xxxxxxxxxx~~ -General Executor / Beneficiary

Ezra Indictment # 9926 2013 et al

P.O.W
Grievance
↓
Economic
War
in
Fact

Attachment B

Form: #7101R. Eff.: 09/10/12, Ref.: Dir. #3376 - page 1

[I am not the trustee]

City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

Ex.Rel.⊾
STANLEY
ARISTILDE

| Inmate's Name: Title Noble Stanley A. El-Bey | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Facility: a.M.K.C | Housing Area: W19LB | Date of Incident: 11/16/2013 | Date Submitted: 3/11/2014 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the conditions/issues is ongoing. The inmate filing the grievance or request must personally prepare this statement. Upon collection by the Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

Note: An
ORDER OF
HABEAS CORPUS
and
supporting
Writ at
Principle
was Mailed
to
Writ Court

Donald
Cranston
Judicial
Center

also placed on
the record
at Brooklyn
Supreme

**Request or Grievance:**
The Foriegn Administration of this facility is guilty of: [including but not limited to] * PL 135.1, * PL 190.5 * PL 176.35 * PL 195 et al. The General Executor/Beneficiary/Authorized Rep of the ACCOUNT: STANLEY ARISTILDE GOD Given vessel is not the "SURETY" for the unlawful taxable Events. The Moroccan National has commercial Instruments for the Book keeping of all commercial transaction including but not limited to a Social Security/Private OFFSET #.

**Action Requested by Inmate**
See supporting attachments for lawful claim ● for immediate relase from this said human trafficking facility. Also NYS UCC Filing # 201309068361811 et al
BOND #s SAXLBEYOBOOO2, SAELBEYOBOOO4
Contact the Fiduciaries/Assignees for a bonafide copy

Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☑ | ☐ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: Stanley A. El-Bey ALL RIGHTS RESERVED    Date of Signature: 3/11/2014

UCC 1-207, 1-203, 1-103, 8-103

For DOC Office Use Only
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Title 42 sec. 2000 aa-11, 200b-2000b-3 and 2000cd-1 et al

One-year statute of limitations as codified in: 28 USC 2244(d) does not bar petition/Appeal of Unlawful color of Law Judgment of conviction for 2013KN004754, 2013KN11913, 2013KN088090 et al; The General Executor/Authorized Rep./Beneficiary did in fact sign the Waiver Of Right to Appeal "Under force and fear". [UCC 3-503/3-505] The Civil Matters ~~deemed~~ where in fact Criminal Counterclaim however the Penal Law was not included due to lack of experience.

Waiver/Unlawful plea was accepted under force and fear. [PL 135.6, PL 190.42, PL 210.35, PL 105.15, PL 215.66 et al]

Privateers of the STATE OF NEW YORK did in fact Violation. CPL-190.50 Without a Felony Complaint.
-180.80 Signed by the Corpus Delciti
- et al                        [27CFR sec 72.11]

These color of Law ~~has~~ proceedings are in fact in relation to religous freedoms and the exercse there of; including but not limited to Unjust imprisionment by the privateers of the STATE OF NEW YORK.

[Section 1 of the Kv Klux Klan Act of 1871 is a misnomer by the Court Administration. ...

[2013KN...] [et al]
NYSID#

Affidavit of the
Lawful demands under Stress, dress
and coercion [PL 135.6, et al]

NYC Claim #
2011PI002168

- I am the General Executor/Authorized Rep./Beneficiary of STANLEY ARISTILDE do not consent to Peyland, Robert d.b.a 18b lawyer unlawful services; He does not have any experience nor knowledge of dejure Constitutional Law/International Law which is necessary to provide Counsel to the Moorish American. For the record, let the record show, I demand to speak to my conslar. [PL 135.6, PL 145.14 et al] I was kidnapped by the Privateers of the 63rd Precinct on Nov. 16 2013, it is April 10, 2014 and I [a P.O. Win Fact] have not recieved an Attorney visit nor have I recieved a request for a video conference from the color of Law Assignee appointed by the Court Administrator/ Caveat Actor/Fiduciary Privateer Foley d.b.a ADM. JUDGE FOLEY. Procunier v. Martinez, 416 U.S. 396 (1974), the Supreme Court explained that not only do you have a right to meet with your attorney, but you also have a right to meet with law students or legal paraprofessionals who work for your attorney.

- I the General Executor/Authorized Rep./Beneficiary of the ACCOUNT STANLEY ARISTILDE [A.K.A is prohibited] did in fact request the discovery twice; [Notice of Omnibus, and on the back of the acknowledgment from Nancy T. Sunshine d.b.a County Clerk, KINGS County's correspondence] Discovery must include a felony complaint signed by the Corpus Delciti in Fact. As of 4/4/2014 no discovery was provided by the Court Adm. It is claimed by the Moorish American/Executor of the ACCOUNT felony complaint signed by the Corpus Delciti- [CPL 100.20 (NYLS), CPL 100.30(1) et al] does not exist. ALL of the Servants in fact are operating outside there limited liability. [PL 105.15, PL 190.8, PL 190.55, PL 210.35 et al] Violation of the Moorish American substantive rights to due process et al

- WONG SUN Doctrine - WONG SUN v UNITED STATES 83 SCT. 407 (1963) - The two related matters are in Fact bonafide proof bringing about the doctrine of "Fruit of the Poisionous Tree".

Title 42, 2000aa-11, 2000b-b33, 2000bb-dd-1 et al
28 USC 1331, 1337, 1343(a)(c) et al

18 USC Sec. 112, 1001 et al
28 USC 1331, 1337, 1343 (a)(c) Title 42 et al
LOVE, TRUTH, PEACE, FREEDOM and Justice
AA 2221 HI

Evidence
and
Testimony

AO 241 (Rev. 5/85) SDNY Web 5/98

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, you *should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

√(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
√(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
√(g) Conviction obtained by a violation of the protection against double jeopardy.
√(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
√(j) Denial of right of appeal.

A. Ground one: Due too (B). Ground two and violations of Declarations of Rights Religious Freedoms / 27 USC 280

Supporting FACTS (state *briefly* without citing cases or law) I am a Natural Born Citizen of the Land / Moroccan National with the GOD Given Birthright to inherit / Claim hereditaments At Seisin in Deed and Proof of payment to locksmith is on the record. Without proof of Claim / PARAMOUNT TITLE the NYPD trasspass on land to steal the right of use from the Executor / Beneficiary

B. Ground two: In Violation of CPL 190.50 and 180.80 et al

Supporting FACTS (state *briefly* without citing cases or law) I am not a Corporate citizen of the Foriegn for Profit enclave of the US Democracy. The STATE OF NEW YORK is NOT New York State Republic (1777). Contributing Cause: Foriegn Compelling state interest was the foundation of the swindling thru overreaching and frauds by the Privateers employed by the foreign Entity. Stanley A El-Bey VCC 1-207, 1-203, 1-103, 8-103

C. I am the Authorized Rep./Executor/Beneficiary of STANLEY ARISTILDE. I do not carry a New York State "ID" Unlawful forced joinder with the Ficiton of Law to steal money of Accounts without substantive rights to due process of Law.

G. 2013KN004754, 2013KN119913, 2013KN088090 is the same Matter. The Court Adm. Motive is Not Justice nor equal protection of the Law for both parties / All Parties

H. I am a Moorish American the Transmitting Utility / Account is a extention of the Natural Born Citizen of the Land / Allodial Citizen. [ACCOUNT IS AN ESTATE TRUST]

J. Wavier to Appeal was signed under force and fear. ORDER OF PROTECTION was signed under force & fear

*[handwritten top left]* Hochman(?) request for PRO BONO counsel Page 1

*[handwritten]* Detective Unlawful linear contract

*[handwritten]* UCC 3-503 3-505

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 17 2014 ★

**BROOKLYN OFFICE**

E.D.N.Y.–Bklyn
13-cv-1213
13-cv-2956
Ross, J.

*[handwritten]* Who is Ross, J??

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of December, two thousand thirteen.

Present:

José A. Cabranes,
Peter W. Hall,
Debra Ann Livingston,
*Circuit Judges.*

*[handwritten]* Offical Pubic Record of Criminal activities

Stanley Aristilde El-Bey,

*Plaintiff-Appellant,*

v.                                                   13-3578

Anna M. Kross Correctional Facility, *et al.*,

*Defendants-Appellees* *[handwritten]* ⟶ In default No response to Original Counterclaim

Stanley Aristilde El-Bey,

*Plaintiff-Appellant,*

v.                                                   13-3656

Janet Runcie, RPA, *et al.*,

*Defendants-Appellees.* *[handwritten]* ⟶ In default No response to Original Counterclaim

*[handwritten]* This is offical evidence of SUPER-FRAUD

Note: For Lawful purposes 13 cv 213, 13 cv 2956, and 13 cv 6851 including but not limited to All their Appeals are consolidated with Lawful writ of Preacipe to Clerk of the Court and Order of Habeas Corpus.

All finanical obligations must be forwarded to the assignees of NYS UCC #201309068361811-et al private information: Secured Party search keyword "Mimose Trust" and other UCC filings keyword "STANLEY ABISTILDE".

The Fiduciaries are to act on behalf of the Principal/Plaintiff without delay, Criminal action to restore the right of use to the Trust Corpus, return of stolen property from the defendant(s) responsible for the unlawful acts. and including but not limite all co-conspriturs who are employed by the STATE OF NEW YORK. Delayed Justice is no Justice in fact. The Court Adm./Ficluciaries have in practiced partically in reference to the lawful claims filed by the Morocean National.

*Attachment*
*Request for*
*PRO BONO*
*COUNSEL*
*Page 2*

*linear un-binding Contract Voidable/void ab*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

The above-captioned appeals are hereby CONSOLIDATED for purposes of the order.  ★ APR 17 2014 ★

Appellant, *pro se*, moves for *in forma pauperis* status and damages.  However, this Court has BROOKLYN OFFICE determined *sua sponte* that the notices of appeal were untimely filed.  Upon due consideration, it is hereby ORDERED that the appeals are DISMISSED for lack of jurisdiction.  *See* Fed. R. App. P. 4(a)(1); *Bowles v. Russell*, 551 U.S. 205, 214 (2007).  It is further ORDERED that Appellant's motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

★ Jus fiduciarium by the Moroccan National General Executor to Administrate a remedy. [Not a Officer dejure]

★ The fiduciary "unreasonable decisions" were entered into the record without "due consideration"/"due compensation"

All of the lawful claims filed are in Fact "Juris Pravati."

★ The Court has jurisdiction to lawfully act on the Nationals behalf.
[Moroccan National grants Jurisdiction quasi-IN Rem for Administrative]
[Remedy purposes

The Clerk of Court issued a unlawful NON-binding contract without a High Clerk d.b.a Circuit Judge signatures of agreement with the said ORDER/DISMISSAL. This said contract is in & fact Void/Null/Void ab nito with no effect in Law. An overt Fraud and ~~any~~ swindle by the Caveat Actors d.b.a the Court Administration of the US Court of Appeals for the 2ND Circuit

SAO-IAD                                    2

UCC 3-503
3-505

Being deprived of Constitutional rights is an "injury"/"injuries" in fact. One can not be deprived of Constitutional right and the Action due to the "injury"/"injuries" be classified as Moot. The privateers of the N.Y.P.D trespass on the private property without a true and correct 4th Amendment warrant. This action led to stolen property out of the Trust corpus, unjust imprisionment, loss of employment, cruel and unusal punishment thur Ineffectiveness of Counsel, cruel and unusal punishment thur Conspiracy by all the Agents/Privateers envolved. [Repondeat Superior]; Breach of Mandatory duty, et al.

It was premeditated Neglegience for the Court Administratio to dismiss this lawful action. The Kidnapping of the Moor is "capable of repetition." The prepetual "constructive fraud has cause a lot of pain and suffering and did lead to Loss of Life's Enjoyments. [Ultra-Vires/Intentional Torts].

Damages where claimed in relation to Constitutional rights vilations by the Foriegn AGENTS of the STATE OF NEW YORK. If you asked for money damages your claim(s) can never be Moot. A violation of your rights is Not Moot just because it is over if it is "capable of repetition." 13cv6851 is prima facie evidence of repetition esspecially if the Court Administration/Fiduciaries abandon their Mandatory Duty to "we the people" including but not limited to Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE. The Court Adm./Fiduciaries must provide a remedy including but not limited the return of the Beneficiaries private property which was inside the trust corpus, punitive damages et al; All the claims are consolidated for lawful purposes. [13cv-1213, 13cv2956, 13cv6851 and there appeals]

Pro Bono Request was returned [5/2/2014]; Request might be reintroduced at a later date.

Attachment
Request for
PRO BONO
COUNSEL
Page 2

linear un-binding Contract Voidable/void ab

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 17 2014 ★

BROOKLYN OFFICE

The above-captioned appeals are hereby CONSOLIDATED for purposes of the order.

Appellant, *pro se*, moves for *in forma pauperis* status and damages.  However this Court has determined *sua sponte* that the notices of appeal were untimely filed. Upon due consideration, it is hereby ORDERED that the appeals are DISMISSED for lack of jurisdiction.  *See* Fed. R. App. P. 4(a)(1); *Bowles v. Russell*, 551 U.S. 205, 214 (2007).  It is further ORDERED that Appellant's motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

Catherine O'Hagan Wolfe

★ Jus fiduciarium by the Moroccan National General Executor to Administrate a remedy. [Not a Officer dejure]

★ The fiduciary "unreasonable decisions" were entered into the record without "due consideration"/"due compensation"

All of the lawful claims filed are in Fact "Juris Pravati."

★ The Court has jurisdiction to lawfully act on the Nationals behalf.
[Moroccan National grants Jurisdiction quasi-in Rem for Administrative]
[Remedy purposes

The Clerk of Court issued a unlawful NON-binding contract without a High Clerk d.b.a Circuit Judge signatures of agreement with the said ORDER/DISMISSAL. This said contract is in fact void/Null/Void ab nito with no effect in Law. AN overt Fraud and swindle by the Caveat Actors d.b.a the Court Administration of the US Court of Appeals for the 2ⁿᵈ Circuit

SAO-IAD

2

UCC 3-503
3-505

Being denied Constitutional rights is an "INJURY" an undeniable fact. One can not be deprived of Constitutional right and the Action due to the "INJURY"/"injuries" be classified as Moot. The privateers of the N.Y.P.D trespass on the private property Without a true and correct 4th Amendment warrant. This action led to stolen property out of the Trust Corpus, unjust imprisionment, loss of employment, cruel and unusual punishment thur Ineffectiveness of Counsel, cruel and unusual punishment thur Conspiracy by all the Agents/Privateers enVolved. [Repondeat Superior]; Breach of Mandatory duty, et al.

It was premeditated Neglegience for the Court Administratio to dismiss this lawful action. The Kidnapping of the Moor is "capable of repetition." The prepetual "Constructive fraud has cause a alot of pain and suffering and did lead to Loss of Life's Enjoyments. [Ultra-Vires/Intentional Torts]

Damages where claimed in relation to Constitutional rights, Vilations by the Foriegn AGENTS of the STATE OF NEW YORK. If you asked for money damages your claim(s) can Never be Moot. A violation of your rights is NOT MOOT just because it is over if it is "capable of repetition." 13cv6851 is prima facie evidence of repetition esspecially if the Court Administration/Fiduciaries abandon their Mandatory Duty to "we the people" including but not limited to Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE. The Court Adm./Fiduciaries must provide a remedy including but not limited the return of the Beneficiaries private property which was inside the trust corpus, punitive damages et al; All the claims are consolidated for lawful purposes.[13cv-1213, 13cv2956, 13cv6851 and there appeal]
Pro Bono Request was returned [5/2/2014]; Request might be reintroduced at a later date.

**§ 170.35.   Motion to dismiss information, simplified information, prosecutor's information or misdemeanor complaint; as defective**

History  |  References  |  Notes of Decisions  |

1. An information, a simplified information, a prosecutor's information or a misdemeanor complaint, or a count thereof, is defective within the meaning of paragraph (a) of subdivision one of section 170.30 when:

(a) It is not sufficient on its face pursuant to the requirements of section 100.40; provided that such an instrument or count may not be dismissed as defective but must instead be amended, where the defect or irregularity is of a kind that may be cured by amendment and where the people move to so amend; or

(b) The allegations demonstrate that the court does not have jurisdiction of the offense charged; or

(c) The statute defining the offense charged is unconstitutional or otherwise invalid. *— All Color of Law claims were in fact Un-Constitutional*

2. An information is also defective when it is filed in replacement of a misdemeanor complaint pursuant to section 170.65 but without satisfying the requirements stated therein.

3. A prosecutor's information is also defective when:

(a) It is filed at the direction of a grand jury, pursuant to section 190.70, and the offense or offenses charged are not among those authorized by such grand jury direction; or

(b) It is filed by the district attorney at his own instance, pursuant to subdivision two of section 100.50, and the factual allegations of the original information underlying it and any supporting depositions are not legally sufficient to support the charge in the prosecutor's information.

**HISTORY:**

Add, L 1970, ch 996, § 1, eff Sept 1, 1971

Section heading, amd, L 1972, ch 661, § 41, eff Sept 1, 1972

Sub 1, opening par, amd, L 1972, ch 661, § 41, eff Sept 1, 1972

*—2013KN004754*
*—2013KN11913*
*~2013KN088090*
*—2012NY005201*
*~ et al*

*cruel and unusal punishmen thur frauds and swindle and ineffectivness of counsel et al*

**Notes**

**NOTES:**

**Commission Staff Notes:**

This section parallels § 210.25, dealing with indictments. See comment thereunder

**Cross References**

**CROSS REFERENCES:**

This section referred to in § 170.30

**Federal Aspects:**

Pretrial motions, USCS Federal Rules of Criminal Procedure, Rule 12

**RESEARCH REFERENCES AND PRACTICE AIDS:**

**Texts:**

New York Criminal Practice Ch. 7

New York Criminal Practice Ch. 9

New York Criminal Practice Ch. 12

*Futher more the acuser/PEOPLE OF THE STATE OF NEW YORK fail to lawful establish Jurisdiction including but Not limited to improper venue due to "diversity-of-Citizenship"; violation of Right to face his/her acuser in a Criminal action, et al*

*Official Evidence c
for Appeal Brief
Exhibit A
page 1*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT E.D.N.Y.

★ DEC 3 0 2013   Recu'd
1/6/2014

------------------------------------------------X

BROOKLYN OFFICE

STANLEY ARISTILDE EL-BEY,

*VCC 350³
350³*

                    Plaintiff,                                    **ORDER**

        -against-                                          13-CV-6851 (ARR)

PRIVATEER LAURIE DICK d.b.a. Staff
Attorney; PRIVATEER SILBER d.b.a. Adm.
Judge Criminal Courts of the City of New
York; Privateer Alex Adjmi  d.b.a. Strickland
Realty et al.,

*NYC Claim # 2011PI002468
NYS VCC Filing # 20130906836.14.11
"PRIVATE REGISTERED SURETY BOND"
BOND # SAELBEY0B0002*

                    Defendants.

------------------------------------------------X

ROSS, United States District Judge:

        On December 3, 2013, plaintiff, who is incarcerated at Rikers Island, submitted a
"Cause of Action for P.O.W Petition," seeking to remove his pending New York state court
criminal action to this Court.  Plaintiff's submission did not include the requisite filing fee or *in
forma pauperis* ("IFP") application or the Prisoner Authorization form.  By letter filed December
6, 2013, plaintiff was provided with the proper forms and instructed that in order to proceed, he
must either pay the fee or return the completed IFP application and the Prisoner Authorization
form within 14 days from the date of the letter.  Plaintiff did not respond to the Court's letter.
Accordingly, the action is dismissed without prejudice.

SO ORDERED.

                                        Allyne R. Ross
                                        United States District Judge

Dated: December 30, 2013
        Brooklyn, New York

*Note: I never recieved letter filed Dec. 6, 2013 by Court
     Adm. — Frauds and swindles by the Caveat actors

(1) One of the countless reasons "Judicial Conduct Complaint,
    02-13-90093" was filed by the Moroccan National/Beneficiary
    General Executor. — Title 18 part-1, chapter 63 sec. 1341 et al.

Who is responsible the a.m.k.c Mailroom or the Court
Adm. did not sent the Notice(s)?/Did the US Post Office
                        lose the letters?     4*

Title 42 sec. 2000aa-11, 2000b-2000b-3 and 2000dd-1 et al [UCC 3-505]
18 USC Sec. 112, 1001 et al                                    [ , 3-503]
28 USC 1331, 1337, 1343(a)(c) Title 42 et al

**SERVICE LIST**               ✱ AA 222141 ✱          ✱ Offical Evidence ✱
                                                      for Appeal Brief
**Stanley Aristilde El-Bey**                          Exhibit A
AMKC                                                  ✱ Page 2 ✱
18-18 Hazen Street         Complaint for Negligence ✱
East Elmhurst, NY 11370      Allyne R. Ross

I, the General Executor/Beneficiary/Plaintiff/Moroccan National
is not responsible for mail distribution. I am being held at
the said location as a "P.O.W."...ie ~~Pretrat~~ detainee
                                        Pretrial

(A) Did the Court Adm. use frauds & swindles to
dismiss the lawful counterclaim including but not
limited to stating the proper form were provided
when in fact they were not mail to the Service
list above.

(B) Did the mailroom of the a.m.k.c breach their
mandatory duty by not delievering the said
"Legal Mail".

(C) Did the US post Office lose/misplace the

"Legal Mail" and failed to deliever.

Note: The US post Office/Service is the most
           reliable service in Morocco/N. America.

According to Grievance #K036-14 of the a.m.k.c ;privateers response to
the Grievance was "you never recieved any legal mail around the time stated.
We checked our records El-Bey".[All legal Mail is in fact signed for
by the addressee at said facility]. I trust the post offices services
more than I trust the response of a dis honorable Administrative
Clerk d.b.a Judge of the United States District Court.
[In reference to Privateer Allyne R. Ross]→Proverbs 25:19 Man/Women]



Mimose Trust
General Executor of Trust Affairs
G.M.K.C [c-85]
18-18 Hazen Street
East Elmhurst territory), New York State
Noble Stanley Aristilde Ei-Bey Republic.
Ex. Rel. STANLEY ARISTILDE)

Re: 3 Case # of the "fiction of Law"

Administrative Courts of the
United States/
United States District Court↔E.D.N.Y
US Court House
225 Cadman Plaza East
Brooklyn territory), New York State
Attn: Clerk of Court/Fiduciary Republic[1120]
Law: 141113141114